UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORMA GONZALEZ,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC, and THE LAW OFFICES OF NANCY SMITH,<br><br>　　　Defendants. | NO. CV-05-035-RHW<br><br>**ORDER STRIKING HEARING AND GRANTING DISMISSAL** |

　　　Before the Court is the Stipulation of Voluntary Dismissal with Prejudice (Ct. Rec. 11), which was filed on August 1, 2005. Timothy Durkop filed a Declaration of Counsel Regarding Missed Hearing and Dismissal (Ct. Rec. 12), outlining the reasons dismissal was not filed in April. The Court has reviewed the Stipulation and Declaration and finds the matter should be dismissed.

　　　Accordingly, **IT IS HEREBY ORDERED**:

　　　1. The hearing on **Monday, August 29, 2005, at 10:00 a.m.** is stricken.

　　　2. The Court Dismisses the Complaint as outlined in the Stipulation of Voluntary Dismissal (Ct. Rec. 11).

　　　**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel and **close** the file.

　　　**DATED** this 11th day of August 2005.

　　　　　　　　　　s/ ROBERT H. WHALEY
　　　　　　　Chief United States District Court Judge

Q:\CIVIL\2005\Gonzalez\Gonzalezdismiss.ord.wpd

**ORDER STRIKING HEARING
AND GRANTING DISMISSAL** ~ 1